**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIR IZADKHAH,<br><br>        Plaintiff(s),<br>   v.<br><br>CAROLYN W. COLVIN, Commissioner,<br>Social Security Administration,<br><br>        Defendant(s). | CASE NO. 5:12-cv-05250 EJD<br><br>**ORDER APPOINTING PRO BONO COUNSEL FOR PLAINTIFF** |

Having determined that legal representation would benefit Plaintiff and considering pro bono counsel is willing to accept an appointment at the request of the Federal Legal Assistance Self-Help Program ("FLASH"), the court hereby appoints Christopher Kao and Lauren Cohen of Perkins Coie, LLP, as counsel for Plaintiff in this action pursuant to the Guidelines of the Federal Pro Bono Project.

Counsels' appointment is limited to filing a Motion for Summary Judgment and reply brief as well as any other matters related to the pleadings in this action that may arise.

Due to the appointment of counsel, the court modifies the briefing schedule such that Plaintiff shall serve and file a motion for summary judgment and/or for remand on or before **January 31, 2014.** Briefing shall thereafter proceed according to the deadlines contained in the Social Security Procedural Order.

**IT IS SO ORDERED.**

Dated:  December 3, 2013

_____
EDWARD J. DAVILA
United States District Judge